PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Rashan Wynn  **Docket Numbers:** 04-00333-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　07-00296-001
　　　　　　　　　　　　　　　　　　　　　　　　**Pacts Number:** 39554

**Name of Sentencing Judicial Officer:** HONORABLE Faith S. Hochberg

**Date of Original Sentence:(04-333):** 05/05/2005
**Date of Additional Conviction: (07-296):** 10/24/07

**Original Offense (04-333):** Possession of a Firearm by a Convicted Felon
**Additional Conviction Sentence (07-296):** Escape from an Institution or Facility

Original Sentence (04-333): 34 months imprisonment; 3 years supervised release.
Additional Conviction Sentence (07-296): 15 months imprisonment; 3 years supervised release

**Type of Supervision:** supervised release  　　**Date Supervision Commenced:** 03/31/08

**Assistant U.S. Attorney:** Eric Moran, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** David Holman, 972 Broad Street, 2nd Floor, Newark, New Jersey 07102, (973) 645-6347

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On July 14, 2009, Wynn was arrested by the Orange Police Department in possession of 4 glassine folds of heroin, which were labeled "Downtowne."<br><br>The charges are pending adjudication in Municipal Court. A warrant was issued on 7/23/09 for "Failure to Appear." |
| 2. | The offender has violated the supervision condition which states **'You shall** |

**notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**

Wynn failed to advise the U.S. Probation office of his arrest by the Orange Police Department on July 14, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

By: Maurine Rush-Blossfeld
Senior U.S. Probation Officer
Date: 8/19/09

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/9/09
Date